

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00652-CV

Jose Angel **BECERRA**,
Appellant

v.

**ESTATE OF** Roldan **CHAVEZ** and Leonor Chavez,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVF-000969-D1
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  November 20, 2013

DISMISSED FOR WANT OF PROSECUTION

To date, appellant has failed to pay the applicable filing fee in this appeal.  Texas Rule of

Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay—
> at the time an item is presented for filing—whatever fees are required by statute or
> Supreme Court order. The appellate court may enforce this rule by any order that
> is just.

TEX. R. APP. P. 5.

On October 17, 2013, we ordered appellant to either (1) pay the applicable filing fee in this

appeal or (2) provide written proof to this court that appellant is excused by statute or these rules

from paying the filing fee on or before November 1, 2013. *See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs). We warned that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

Because appellant has failed to pay the filing fee or provide written proof that he is excused from paying the filing fee, we dismiss this appeal. *See id.*

PER CURIAM